IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-199 |
| ) | |
| CHCA EDWARDS, , *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This *pro* se civil action was commenced by Plaintiff William Jones, an inmate at the State Correctional Institution at Albion ("SCI-Albion") who is seeking redress for the alleged violation of his civil rights. To that end, Plaintiff asserts claims under 42 U.S.C. §1983 against eight individuals who serve as DOC officials or medical staff at SCI-Albion. The matter has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

Currently before the Court are Plaintiff's motion for temporary restraining order ("TRO") filed at ECF No. [10], and Plaintiff's motion for a TRO or preliminary injunction filed at ECF No. [14]. On October 20, 2023, Judge Lanzillo filed a report and recommendation ("R&R") concluding that both motions should be denied. ECF No. 15. As to the motion filed at ECF No. 10, Judge Lanzillo noted that Plaintiff failed to allege any specific injury, let alone an irreparable injury. As to the motion at ECF No. 14, Judge Lanzillo observed that Plaintiff is improperly attempting in that motion to: (i) raise new claims against new defendants based on the conditions of his confinement, (ii) circumvent the exhaustion requirements of the Prison Litigation Reform

1

Act, and (iii) utilize the Court as overseer of the day-to-day management of prison affairs, including housing assignments.

Plaintiff filed objections to the R&R on December 20, 2023. ECF No. 41. In his objections, Plaintiff disagrees with Judge Lanzillo's interpretation of the governing legal principles, but he states no grounds justifying the injunctive relief he is seeking.

Accordingly, upon *de novo* review of the operative pleading and documents in the case, including Plaintiff's motions docketed at ECF Nos. 10 and 14, all filings related thereto, the Chief Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the R&R, the following Order is entered:

NOW, this 18th day of January, 2024, IT IS ORDERED that Plaintiff's motion for a temporary restraining order filed at ECF No. [10] and Plaintiff's motion for a temporary restraining order or preliminary injunction filed at ECF No. [14] shall be, and hereby are, DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Chief Magistrate Judge Lanzillo, dated October 20, 2023, ECF No. [15], is adopted as the opinion of this Court.

/s/ Susan Paradise Baxter

SUSAN PARADISE BAXTER
United States District Judge